IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM A. FERRELL,**
**ADC #147911**                                                                                        **PLAINTIFF**

v.                              CASE NO. 4:10CV01421 BSM/JTK

**BOBBY BROWN et al.**                                                                            **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

2. This dismissal constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 23rd day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE