**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**WILLIAM A. FERRELL,
ADC #147911**                                                                                          **PLAINTIFF**

**v.**              **CASE NO. 4:10CV01421 BSM/JTK**

**BOBBY BROWN et al.**                                                                     **DEFENDANTS**

### JUDGMENT

Pursuant to the order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case be, and is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

IT IS SO ADJUDGED this 23rd day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE